United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA,**

    *Plaintiff,*

v.                                             NO. 3:19-cr-77-MMH-PDB

**MARK WESLEY SCHMIT,**

    *Defendant.*

# Order

Counsel for Mark Wesley Schmit moves for access to sealed documents and docket entries. The United States has no objection.

To enable counsel to assist their client, the Court (1) **grants in part** the motion, Doc. 68, (2) **permits** Jack Fernandez, Jr., Esquire, and Samantha Gerencir, Esquire, access to the sealed documents or docket entries described below, and (3) **directs** the Clerk's Office to either give Mr. Fernandez and Ms. Gerencir the ability to view the following documents or docket entries through CM/ECF or mail them the documents and screen shots of docket entries.

| Doc. | Title or Description | Date Filed |
|---:|---|---:|
| 2 | Docket entry stating an arrest warrant was issued | 3/28/19 |
| 13 | Pretrial bail report | 4/23/19 |
| 19 | Addendum to pretrial bail report | 4/24/19 |
| 41 | Initial presentence investigation report | 9/30/19 |
| 48 | Final presentence investigation report | 12/9/19 |
| 50 | Amended final presentence investigation report | 12/13/19 |
| 52 | Final presentence investigation report court revisions | 12/16/19 |
| 55 | Statement of reasons | 12/17/19 |

The Court **denies** the motion with respect to docket numbers 49 and 51. These are "court only" documents. The Court **denies** the motion with respect to docket number 39. This is the audio file of the change-of-plea proceeding. To review that proceeding, counsel may order a transcript. To obtain information about how to order a transcript, counsel may contact the courtroom deputy for the undersigned.

**Ordered** in Jacksonville, Florida on March 2, 2021.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c:  David Mesrobian, Assistant United States Attorney
    Jack Fernandez, Jr., Esquire
    Samantha Gerencir, Esquire
    Mark Wesley Schmit